FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

03 JUN 26 PM 3:56

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| TOME WOODWORKS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 01-B-0142-S |
| ) | |
| MARKEL INSURANCE COMPANY, ) | |
| ) | |
| Defendant and ) | |
| Third-party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TED DAVIS CONSTRUCTION ) | |
| COMPANY, THEODORE ) | |
| DAVIS, and NAOMI DAVIS, ) | |
| ) | |
| Third-party Defendants. ) | |

ENTERED
JUN 26 2003

## MEMORANDUM OPINION

Before the court is the motion of the third-party plaintiff, Markel Insurance Company (hereinafter "Markel"), for summary judgment (doc. 52) and its motion to strike the affidavit of the third-party defendant, Ted Davis (hereinafter "Davis") (doc. 68). The magistrate judge assigned this case entered a report and recommendation finding that Markel's motion to strike is due to be granted in part and denied in part. He also concluded that there is no genuine issue of material fact and that summary judgment is due to be granted in favor of Markel as the third-party plaintiff. (Doc. 76 at 11). The magistrate judge further determined that "[t]he undisputed evidence shows that Markel is entitled to recover $548,398.18 from the third-party defendants. In addition, the plaintiff is entitled to receive interest on the principal amount from the date of the payments to the claimants by Markel until the date of judgment, see ALA. CODE

78

§§ 8-8-2, 8-8-8 (1975), at the legal rate of interest, and thereafter if the amount is not paid immediately." (*Id.*).

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the court finds that Markel's motion to strike is due to be granted in part and denied in part; that there is no genuine issue of material fact; and, summary judgment is due to be granted in favor of the third-party plaintiff. As correctly found by the magistrate judge, "[t]he undisputed evidence shows that Markel is entitled to recover $548,398.18 from the third-party defendants. In addition, the plaintiff is entitled to receive interest on the principal amount from the date of the payments to the claimants by Markel until the date of judgment, *see* ALA. CODE §§ 8-8-2, 8-8-8 (1975), at the legal rate of interest, and thereafter at the same rate if the amount is not paid immediately. An appropriate order will be entered.

**DONE**, this 26th day of June, 2003.

*Sharon Lovelace Blackburn*
SHARON L. BLACKBURN
United States District Judge

2